EL PUEBLO, DEMANDANTE Y APELADO, *v.* PORTO RICAN AMERICAN TOBACCO COMPANY, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en causa por infracción a la Ley del Salario Mínimum.

No. 1693.—Resuelto en abril 29, 1921, por los fundamentos del caso No. 1516, *El Pueblo v. Porto Rican American Tobacco Co.*, de abril 29, 1921.

Abogados del apelado: *Sres. J. E. Figueras, Fiscal,* y *C. Llauger.*

Abogado del apelante: *Sr. L. Muñoz Morales.*

*Confirmada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.